UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **FRANK TUFANO,** : | |
| : | |
| Plaintiff : | CIVIL ACTION NO. 3:23-cv-2106 |
| : | |
| v. : | (JUDGE MANNION) |
| : | |
| **JAKE LEVY and BETTER LIFE** : | |
| **FOODS INC.,** : | |
| : | |
| Defendants : | |

## ORDER

In accordance with the memorandum issued this same day, **IT IS HEREBY ORDERED THAT**:

(1) The Report and Recommendation of Magistrate Judge Schwab, **(Doc. 14)**, is **ADOPTED IN PART** and **NOT ADOPTED IN PART**.

(2) Plaintiff's objection to the Report, **(Doc. 15)**, is **OVERRULED**.

(3) Plaintiff's Amended Complaint, **(Doc. 10)**, is **DISMISSED WITH LEAVE TO AMEND**.

(4) Plaintiff's motion for preliminary injunction, **(Doc. 11)**, is **HELD IN ABEYANCE** pending an amendment establishing jurisdiction.

**(5)** This action is **REMANDED** to Judge Schwab for further proceedings.

_____
**MALACHY E. MANNION**
**United States District Judge**

**DATE: February 21, 2024**
23-2106-01-ORDER